### FRANK WILKES V. THE STATE.

No. 9964.  Delivered May 19, 1926.

**Murder—Death of Appellant—Appeal Abated.**

It being shown to this court by proper affidavit that appellant, pending his appeal died on the 1st day of March, 1926, the appeal is therefore abated.

Appeal from the District Court of Orange County. Tried below before the Hon. V. H. Stark, Judge.

Appeal from a conviction of murder, penalty assessed at death.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant was under conviction for murder, with the death penalty assessed as punishment.

It is shown by proper affidavit that appellant died on March 1, 1926.

The appeal is therefore abated.  *Appeal abated.*